UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61963-CIV-DIMITROULEAS

ELLEN RAAB,

    Plaintiff,

vs.

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), ELLEN RAAB, Plaintiff herein, voluntarily dismisses without prejudice the above-entitled action as to CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, Defendant herein.

Dated:  December 3, 2012                      Respectfully submitted,

                                            s/ J. Dennis Card, Jr.,_____
                                            J. Dennis Card, Jr., Esq
                                            E-mail: Dcard@Consumerlaworg.com
                                            Florida Bar No.  0487473
                                            Consumer Law Organization, P.A.
                                            2501 Hollywood Boulevard, Suite 100
                                            Hollywood, Florida 33020
                                            Telephone: (954) 921-9994
                                            Facsimile: (954) 921-9553
                                            Attorney for Plaintiff