UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61963-CIV-DIMITROULEAS

ELLEN RAAB,

    Plaintiff,

vs.

CREDITORS INTERCHANGE RECEIVABLES
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 5], filed on December 3, 2012.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 5] is **APPROVED**;

2.     This action is hereby **DISMISSED without prejudice**;

3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of December, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record